ROBERT E. LEE et al., Appellants, *v.* ELSA H. SILVER, an Infant, et al., Respondents.

Argued October 13, 1941; decided November 19, 1941.

*Morton Miller* and *Bernard L. Miller* for appellants.

*Jacob Goldberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.